FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2007 JAN 26  PM 3: 20

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ELAINE L. CHAO,[1]    )
SECRETARY OF LABOR,    )
UNITED STATES DEPARTMENT OF LABOR,  )
                      )   Civil Action File
         Plaintiff,   )   No. 4:99cv3145
    v.                )
                      )
LARRY DEAN WARWICK, an individual,  )
JULIE L. WARWICK, an individual,    )
and BUTCH'S, INC. d/b/a             )
BUTCH'S STEAKHOUSE AND LOUNGE,      )
                      )
         Defendants.  )

**SEALED**

ORDER TO SEAL FILE

This matter comes before this Court on the Motion to Seal File in the above-captioned proceedings for the limited purpose of obtaining three Writs of Garnishment.

IT IS HEREBY ORDERED that the Clerk of the District Court shall seal the Motion to Seal and all further filings in this action until the issuance of the three Writs of Garnishment in this action at which time the documents filed pursuant to this Order shall be unsealed and placed in the court file. The Clerk

---

[1] Substitution of parties pursuant to Fed. R. Civ. P. 25(d).

6law1011mdw

RECEIVED

JAN 2 4 2007

CLERK
U.S. DISTRICT COURT
OMAHA

of the District Court will serve a copy of this order on the plaintiff, Elaine L. Chao, Secretary of Labor, United States Department of Labor.

DATED this 26th day of Jan , 2007.

_____
Judge, U.S. District Court