FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2007 FEB -2  AM 10: 59

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ELAINE L. CHAO,[1]                        )
SECRETARY OF LABOR,                       )
UNITED STATES DEPARTMENT OF LABOR,        )
                                          )
                Plaintiff,                )
      v.                                  )
                                          )
LARRY DEAN WARWICK, an individual,        )
JULIE L. WARWICK, an individual,          )
and BUTCH'S, INC. d/b/a                   )
BUTCH'S STEAKHOUSE AND LOUNGE,            )
                                          )
                Defendants.               )

# SEALED

Civil Action File
No. 4:99cv3145

## ORDER TO ISSUE WRIT OF CONTINUING GARNISHMENT
## UPON THE JUDGMENT ENTERED AGAINST DEFENDANT JULIE L. WARWICK

This matter comes before this Court on the Application for Writ of Continuing Garnishment of the Plaintiff, Secretary of Labor, United States Department of Labor, for an order to issue the Writ of Continuing Garnishment against Hershey State Bank, the garnishee, and for good cause shown,

IT IS HEREBY ORDERED that the Clerk of the Court shall issue a Writ of Continuing Garnishment against Hershey State Bank, whose address is 100 S. Lincoln, Hershey, Nebraska 69143.

---

[1] Substitution of parties pursuant to Fed. R. civ. P. 25(d).

6law1022mdw

RECEIVED

FEB  1 2007

CLERK
U.S. DISTRICT COURT
OMAHA

DATED this __2λ__ day of February, 2007.

BY THE COURT:

Richard G. Kopf
Judge, U.S. District Court

2